IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEIJAH A. CURTIS,<br>Plaintiff,<br>vs.<br>JASON DERHOVANESIAN, et al.,<br>Defendants. | CASE NO: 1:26-CV-04525-JLT-FJS (PC)<br><br>ORDER GRANTING REQUEST TO CONTINUE SCHEDULING CONFERENCE<br><br>(ECF No. 6) |

Having considered Plaintiff's request to continue the scheduling conference (ECF No. 6), and good cause appearing, the court ORDERS:

1. Plaintiff's request (ECF No. 6) is GRANTED;
2. The scheduling conference currently set for October 14, 2026, is continued to <u>January 27, 2027, at 11:30 AM in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer</u>;
3. The parties shall file their joint scheduling report seven (7) days before the rescheduled conference; and
4. The parties shall appear at the conference remotely by telephone. The parties will be provided with the telephonic conference information by the courtroom deputy prior to the conference. The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated: **October 5, 2026**

UNITED STATES MAGISTRATE JUDGE