UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEIJAH A. CURTIS,

Plaintiff,

v.

J. DERHOVANESIAN, et al.,

Defendants.

Case No. 1:26-CV-04525-JLT-FJS (PC)

ORDER GRANTING PARTIES' JOINT STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE

(ECF No. 8)

Plaintiff Deijah Curtis ("Plaintiff") and Defendant J. Berg (collectively with Plaintiff, the "Parties") by and through their attorneys of record, stipulate and request the Court extend the deadline to file a responsive pleading by thirty (30) days on the grounds that Defendant Berg needs to review the case, assess a potential motion to dismiss, and meet and confer with Plaintiff as necessary. Further, the remaining named defendant, J. Derhovanesian, has not been served, and additional time will allow time for Plaintiff to complete service.

**STATEMENT OF FACTS**

Plaintiff filed this action on June 12, 2026. (ECF No. 1.) Plaintiff filed a First Amended Complaint on September 22, 2026. (ECF No. 4.) Defendant Berg was served on October 8, 2026. Defendant Berg's responsive pleading is due October 29, 2026. Counsel for the Parties discussed and agreed to extend the responsive pleading deadline. With this additional time, Plaintiff can complete service of the other named Defendant. Defendant Berg can use the additional time to

assess a potential motion to dismiss and meet and confer with Plaintiff. At this time, the Parties do not request a continuance of the Initial Scheduling Conference set for January 27, 2027. (ECF No. 7.)

The Parties believe that a 30-day extension of the responsive pleading deadline is necessary. For the foregoing reasons, good cause exists to extend the responsive pleading deadline by 30 days.

**THE PARTIES HEREBY STIPULATE AGREE AND REQUEST** that the Court extend Defendant Berg's responsive pleading deadline to November 30, 2026.

Dated: October 22, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
CHRISTOPHER H. FINDLEY
Supervising Deputy Attorney General

***/s/ Laura G. Macfarlane***
LAURA MACFARLANE
Deputy Attorney General
*Attorneys for Defendant J. Berg*

Dated: October 22, 2026

CASILLAS & ASSOCIATES

***/s/ Arnoldo Casillas*** (as authorized on 10/22/2026)
ARNOLDO CASILLAS
DANIEL W. GILLETTE
*Attorneys for Plaintiff Deijah A. Curtis*

ORDER

Based on the Parties' stipulation (ECF No. 8), and for good cause appearing, the court HEREBY GRANTS the Parties' request to extend Defendant J. Berg's responsive pleading deadline. Accordingly, Defendant J. Berg SHALL have up to and including November 30, 2026, to file a response to Plaintiff's first amended complaint (ECF No. 4).

IT IS SO ORDERED.

Dated: **October 26, 2026**

UNITED STATES MAGISTRATE JUDGE